UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-00113-D-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| KORLIS HARRIS | ) | |

Upon defendant's motion to seal [DE 88], the Court finds good cause has been shown to ALLOW defendant's motion; It is hereby Ordered that [DE 88] be Sealed and remain sealed until such time as the Court may direct [DE 88] be unsealed.

So Ordered, this the **3** day of November 2016.

James C. Dever III
Chief United States District Judge